# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **JUSTIN DELGADO** | § | **CIVIL ACTION NO.: 5:22-cv-00853** |
| | § | |
| **v.** | § | |
| | § | |
| **LG FOX, INC. and** | § | |
| **RONNIE COLLETT** | § | |
| | § | **JURY DEMANDED** |

## DEFENDANTS LG FOX, INC. AND RONNIE COLLETT'S
## CERTIFICATE OF INTERESTED PARTIES

TO THE HONORABLE UNITED STATES JUDGE FOR THE WESTERN DISTRICT OF TEXAS, SAN ANTONIO DIVISION:

Defendants LG Fox, Inc. and Ronnie Collett, and by and through its undersigned counsel,

files this Certificate of Interested Persons pursuant to Local Rules 3.1 and 81.2. Defendants LG

Fox, Inc. and Ronnie Collett, hereby state that the following are interested persons in this matter:

LG Fox, Inc.
1692 Jaggie Fox Way
Lexington, KY 405011
859.255.3806
Defendant
*There is no publicly held corporation that owns 10% or more of Defendant LG Fox, Inc., stock.*

Ronnie Collett
11555 Main Street
Jeffersonville, Kentucky 40337
859.404.1543
Defendant
.
Belinda May Arambula
Burns Anderson Jury & Brenner LLP
PO Box 26300
Austin, Texas 78755
(512) 338-5322
*Attorney-in-Charge for Defendants*

Justin Delgado

*Plaintiff*

Langdon "Trey" Smith
JIM S. ADLER & ASSOCIATES
1900 West Loop South, 20th Floor
Houston, Texas 77027
(877)  640-5825
*Attorney for Plaintiff*

Respectfully submitted,

BURNS ANDERSON JURY & BRENNER, L.L.P.
P.O. Box 26300
Austin, TX 78755-0300
(512) 338-5322
(512) 338-5363 (Telecopier)

*/s/Belinda May Arambula*
Belinda May Arambula
State Bar No. 24060241
barambula@bajb.com
Daniel W. Manning
State Bar No. 24081018
dmanning@bajb.com

Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of August 2022, I electronically filed the foregoing

with the Clerk of Court using the CM/ECF system which will send notification of such filing to

the following:

**VIA E-SERVICE**
Langdon "Trey" Smith
JIM S. ADLER & ASSOCIATES
1900 West Loop South, 20th Floor
Houston, Texas 77027

*/s/Belinda May Arambula*
Belinda May Arambula

2

3